UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-21902-CIV-MORENO

DANIEL A. CAMARGO,

    Plaintiff,

v.

ROMINA AT THE BEACH, LLC, et al.,

    Defendant.
    _____/

## DEFENDANT ROMINA AT THE BEACH, LLC'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to this Court's Notice of Court Practice in FLSA Cases, ECF No. 8, Defendant hereby responds to the Statement of Claim ECF No. 10, filed by Plaintiff on June 14, 2019, as follows:

Plaintiff was an exempt employee as he was employed as the main chef at Defendant's restaurant. However, even if Plaintiff were entitled to overtime compensation, it would be minimal based on the below calculations. Notably, Plaintiff includes calculations dating back to November 2018; however, Plaintiff began his employment on December 17, 2018 and worked for only a few weeks. In addition, Defendant contends that Plaintiff clocked in to claim he was working when Plaintiff did not, in fact work as much as his time sheet reflected.

| Pay Period | Hours Worked | Amount Paid for Hours Worked | Regular Rate | Half Time Rate |
|---|---|---|---|---|
| Monday, December 17, 2018 | 5.00 | | | |
| Tuesday, December 18, 2018 | 13.00 | | | |
| Wednesday, December 19, 2018 | 15.00 | | | |

| | | | | |
|---|---|---|---|---|
| Thursday, December 20, 2018 | 13.00 | | | |
| Friday, December 21, 2018 | 13.00 | | | |
| Saturday, December 22, 2018 | 13.00 | | | |
| Sunday, December 23, 2018 | 15.00 | | | |
| 12/17/18 - 12/23/18 | 87.00 | $807.00 | $9.28 | $4.64 |
| | | | | |
| Monday, December 24, 2018 | 14.42 | | | |
| Tuesday, December 25, 2018 | 14.58 | | | |
| Wednesday, December 26, 2018 | 15.17 | | | |
| Thursday, December 27, 2018 | 12.00 | | | |
| Friday, December 28, 2018 | 11.75 | | | |
| Saturday, December 29, 2018 | 14.58 | | | |
| Sunday, December 30, 2018 | 16.00 | | | |
| 12/24/18 - 12/30/18 | 98.50 | $807.50 | $8.20 | $4.10 |
| | | | | |
| Monday, December 31, 2018 | 0.00 | | | |
| Tuesday, January 1, 2019 | 15.00 | | | |
| Wednesday, January 2, 2019 | 13.00 | | | |
| Thursday, January 3, 2019 | 12.00 | | | |
| Friday, January 4, 2019 | 12.50 | | | |
| Saturday, January 5, 2019 | 7.50 | | | |
| Sunday, January 6, 2019 | 6.00 | | | |
| 12/31/18 - 01/06/19 | 66.00 | $807.50 | $12.23 | $6.12 |
| | | | | |
| Monday, January 7, 2019 | 12.75 | | | |
| Tuesday, January 8, 2019 | 11.92 | | | |
| Wednesday, January 9, 2019 | 5.00 | | | |
| Thursday, January 10, 2019 | 0.00 | | | |
| Friday, January 11, 2019 | 14.83 | | | |
| Saturday, January 12, 2019 | 8.00 | | | |
| Sunday, January 13, 2019 | 14.42 | | | |
| 01/07/19 - 01/13/19 | 66.92 | $875.00 | $13.08 | $6.54 |
| | | | | |
| Monday, January 14, 2019 | 8.00 | | | |
| Tuesday, January 15, 2019 | 9.33 | | | |
| Wednesday, January 16, 2019 | 9.50 | | | |
| Thursday, January 17, 2019 | 7.00 | | | |
| Friday, January 18, 2019 | 13.67 | | | |
| Saturday, January 19, 2019 | 8.00 | | | |

CASE NO.: 1:19-21902-CIV-MORENO

| | | | | |
|---|---|---|---|---|
| Sunday, January 20, 2019 | 0.00 | | | |
| **01/14/19 - 01/20/19** | **55.50** | **$875.00** | **$15.77** | **$7.88** |
| | | | | |
| Monday, January 21, 2019 | 0.00 | | | |
| Tuesday, January 22, 2019 | 0.00 | | | |
| Wednesday, January 23, 2019 | 0.00 | | | |
| Thursday, January 24, 2019 | 9.08 | | | |
| Friday, January 25, 2019 | 11.75 | | | |
| Saturday, January 26, 2019 | 11.75 | | | |
| Sunday, January 27, 2019 | 11.00 | | | |
| **01/21/19 - 01/27/19** | **43.58** | **$875.00** | **$20.08** | **$10.04** |
| | | | | |
| Monday, January 28, 2019 | 8.00 | | | |
| Tuesday, January 29, 2019 | 8.00 | | | |
| Wednesday, January 30, 2019 | 0.00 | | | |
| Thursday, January 31, 2019 | 0.00 | | | |
| Friday, February 1, 2019 | b | | | |
| Saturday, February 2, 2019 | 0.00 | | | |
| Sunday, February 3, 2019 | 0.00 | | | |
| **01/28/19 - 02/03/19** | **16.00** | **$278.00** | **$17.38** | **$8.69** |

Respectfully submitted,

/s/ Mendy Halberstam
Mendy Halberstam, Esq.
Florida Bar No. 68999
E-mail: m*endy.halberstam@jacksonlewis.com*
Stephanie M. Spritz, Esq.
Florida Bar No. 113128
E-mail: *stephanie.spritz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7651
Facsimile:  (305) 373-4466

CASE NO.: 1:19-21902-CIV-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notice of Electronic Filing generated by CM/ECF and Electronic Mail.

s/Mendy Halberstam
Mendy Halberstam, Esq.

CASE NO.: 1:19-21902-CIV-MORENO

## SERVICE LIST

**United States District Court for the Southern District of Florida**
*Daniel A. Camargo v. Romina at the Beach, LLC*

**CASE NO.: 1:19-21902- CIV-MORENO**

| | |
|---|---|
| Anthony M. Georges-Pierre, Esq.<br>Florida Bar No. 0533637<br>E-mail: *agp@rgpattorneys.com*<br>REMER & GEORGES-PIERRE, PLLC<br>Courthouse Tower<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005<br><br>*Attorney for Plaintiff* | Mendy Halberstam, Esq.<br>Florida Bar No. 68999<br>E-mail: *mendy.halberstam@jacksonlewis.com*<br>Stephanie M. Spritz, Esq.<br>Florida Bar No. 113128<br>E-mail: *stephanie.spritz@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>Two South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7651<br>Facsimile: (305) 373-4466<br><br>*Attorneys for Defendant* |

4844-6595-4202, v. 2